No. 73–6609.  TAYLOR *v.* UNITED STATES.  C. A. 4th Cir.  Certiorari denied.  MR. JUSTICE DOUGLAS would grant certiorari.

No. 73–6614.  CLANTON *v.* UNITED STATES.  C. A. 5th Cir.  Certiorari denied.  MR. JUSTICE DOUGLAS would grant certiorari.

No. 73–6663.  COLLINS *v.* BRIERLEY, CORRECTIONAL SUPERINTENDENT.  C. A. 3d Cir.  Certiorari denied. MR. JUSTICE DOUGLAS would grant certiorari.

No. 73–6680.  JONES *v.* VINCENT, CORRECTIONAL SUPERINTENDENT.  C. A. 2d Cir.  Certiorari denied.  MR. JUSTICE DOUGLAS would grant certiorari.

No. 73–6684.  MAUPIN *v.* ESTELLE, CORRECTIONS DIRECTOR.  C. A. 5th Cir.  Certiorari denied.  MR. JUSTICE DOUGLAS would grant certiorari.

No. 73–6696.  CAULEY *v.* GEORGIA.  Ct. App. Ga. Certiorari denied.  MR. JUSTICE DOUGLAS would grant certiorari.

No. 73–6700.  MATTHEWS *v.* UNITED STATES.  C. A. D. C. Cir.  Certiorari denied.  MR. JUSTICE DOUGLAS would grant certiorari.

No. 73–6733.  ROBINSON *v.* TENNESSEE.  Sup. Ct. Tenn.  Certiorari denied.  MR. JUSTICE DOUGLAS would grant certiorari.

No. 73–6735.  TAGGART *v.* OREGON.  Ct. App. Ore. Certiorari denied.  MR. JUSTICE DOUGLAS would grant certiorari.